(No. 783—Claimant awarded $350.15.)

ANNA M. MORRIS, EXECUTRIX ESTATE OF LEWIS MORRIS, Deceased, Claimant, *vs*. STATE OF ILLINOIS, Respondent.

*Opinion filed September 16, 1924.*

INHERITANCE TAX—*when claimant entitled to refund.* Where an inheritance tax has been fixed, and paid, and an appeal is taken from the order of the county judge and upon a hearing thereon the tax is re-assessed and reduced, claimant is entitled to a refund of the difference between the amount of the tax paid and the amount found due upon the re-assessment on appeal.

JULIUS STERN, for claimant.

EDWARD J. BRUNDAGE, Attorney General; GEORGE C. DIXON, Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

The claimant, Anna M. Morris, executrix of last will and testament of Louis Morris, deceased, on petition to county judge of Cook County, had the inheritance tax fixed, amounting to $3215.59, less the usual statutory 5% discount, allowed, making a net tax of $3054.81, which she paid to the State.

An appeal was regularly presented from such order to the county court, which upon a hearing, re-assessed and fixed amount to be paid to be $2847.01, less 5%, leaving $2704.66, which findings show that claimant erroneously paid to the defendant $350.15, which amount the Attorney General admits is just and should be refunded.

The court accordingly awards claimant the sum of $350.15.